UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DAVE LEE JENKINS,

        Plaintiff,

-vs-                                                Case No. 5:08-cv-285-Oc-10GRJ

ALLSTATE INSURANCE COMPANY,

        Defendant.
_____

## O R D E R

The United States Magistrate Judge has issued a report (Doc. 9) recommending that Plaintiff's Motion for Remand (Doc. 5) be granted. The Defendant has not filed any objections to the Magistrate Judge's report and recommendation, and the time for filing objections has elapsed. Accordingly, upon due consideration, it is ORDERED and ADJUDGED that the Magistrate Judge's Report and Recommendation (Doc. 8) is adopted, confirmed, and made a part hereof. The Plaintiff's Motion for Remand (Doc. 5) is GRANTED. The Clerk is DIRECTED to remand the case to the Circuit Court of the Fifth Judicial Circuit, in and for Marion County, Florida, terminate any pending motions, and close the file.

    IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this \_\_15th\_\_ day of ~~October~~ November, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record